**Monte SANBORN, Plaintiff–Appellant,**

v.

**UNITED STATES of America, and Wyeth Laboratories, Defendants–Appellees.**

**No. 87–3881.**

United States Court of Appeals, Ninth Circuit.

July 28, 1988.

Before WRIGHT, BRUNETTI, and TROTT, Circuit Judges.

For reasons stated in our unpublished Memorandum filed this date, 852 F.2d 1290, we REVERSE the judgment of dismissal

1. *See Sanborn v. United States,* 660 F.Supp. 1129 (D.Idaho 1987).

and the judgment for costs, and REMAND for trial.[1]